

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00417-CV

_____

IN RE V.A., Relator

---

Original Proceeding
Trial Court No. 18-6662-16

---

Before Sudderth, C.J.; Kerr and Pittman, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's Petition for Writ of Mandamus, Emergency Motion for Temporary Relief, Motion to Stay Proceedings, and Motion to Show Authority, and is of the opinion that relief should be denied. Accordingly, relator's Petition for Writ of Mandamus, Emergency Motion for Temporary Relief, Motion to Stay Proceedings, and Motion to Show Authority are denied.

Per Curiam

Delivered: December 27, 2018